| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | 1:14CR464-1 |
| | : | |
| ANTONIO OCAMPO, | : | |
| also known as "Tonio" | : | |

FILED DEC -4 2014

The United States Attorney charges:

On or about May 7, 2014, in the County of Chatham, in the Middle District of North Carolina, ANTONIO OCAMPO, also known as "Tonio," knowingly and intentionally did unlawfully use a communication facility, that is, a cellular telephone assigned number 919-548-4112, to cause and facilitate the unlawful and intentional conspiracy to distribute quantities of cocaine hydrochloride, a Schedule II, controlled substance within the meaning of Title 21, United States Code, Section 812, a felony under Title 21, United States Code, Sections 841(a)(1) and 846; in violation of Title 21, United States Code, Section 843(b).

SANDRA J. HAIRSTON
FIRST ASSISTANT
UNITED STATES ATTORNEY

RIPLEY RAND
UNITED STATES ATTORNEY